# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WALLACE,<br><br>        Plaintiff,<br><br>  v.<br><br>A. GARIBAY, et al.,<br><br>        Defendants. | Case No. EDCV 16-2046 MWF (SS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, Defendants' Motion for Summary Judgment, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

1     **IT IS ORDERED** that the Motion for Summary Judgment filed by Defendants Alfredo Garibay and James Bunsold is GRANTED.

    **IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action with prejudice as to Garibay and Bunsold. This action shall be dismissed without prejudice as to Defendant Lieutenant Williams pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve.

    The Clerk of the Court shall serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendants.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 28, 2018

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE