**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. GARIBAY, et al.,<br><br>    Defendants. | Case No. EDCV 16-2046 MWF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to Defendants Alfredo Garibay and James Bunsold, and without prejudice as to Defendant Lieutenant Williams.

DATED: November 28, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE